NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD DALE HAGEDORN, et al., | Case Number C 06-00796 JF |
| Plaintiffs, | |
| | ORDER[1] RE DOCUMENTS SUBMITTED BY PLAINTIFFS |
| v. | |
| MARTA DIAZ, et al. | |
| Defendants. | |

On February 6, 2006 Plaintiffs Richard Dale Hagedorn and Linda Lee Hagedorn filed a complaint against Defendants Judge Marta Diaz, San Mateo County, Human Services Agency / Children & Family Services, Stanford University Hospital & Clinics, and San Mateo County Board of Supervisors.  In addition, Plaintiffs filed numerous other documents, including, for example, "Notice of Enforcement of Estoppel," "Notice and Demand of Disqualification," "Statement of Disqualification," and "Notice of International Commercial Claim Within the Admiralty."

On the same date, Plaintiffs filed a proposed "Order to Expunge Records" and a proposed

_____

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-00796 JF
ORDER RE DOCUMENTS SUBMITTED BY PLAINTIFFS
(JFLC1)

1  "Cease and Desist Order."  The proposed orders were not accompanied by properly noticed

2  motions or requests.  The "Order to Expunge Records" would require the San Mateo County,

3  Human Services Agency / Children & Family Services to expunge all records relating to

4  Plaintiffs, Celeste Hagedorn, the Hagedorn children, and the Hagedorn family.  The "Cease and

5  Desist Order" would require Judge Marta Diaz to "STOP masquerading as a judge."  Because

6  Plaintiffs have not brought noticed motions, the Court is not in a position to grant relief.

7  Moreover, and more significantly, the Court has neither the jurisdiction nor the statutory

8  authority to grant the particular relief requested by Plaintiffs.  Accordingly, the Court declines to

9  sign the proposed orders.

10      IT IS SO ORDERED.

11

12

13  DATED:  _March 20, 2006_____

14

15

16                                  JEREMY FOGEL
                                    United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

2

1   This Order has been served upon the following persons:

2   Linda Lee Hagedorn & Richard Dale Hagedorn
    801 W. El Camino Real #111
3   Mountain View, CA 94040

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3