NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD DALE HAGEDORN, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>MARTA DIAZ, et al.<br><br>                    Defendants. | Case Number C 06-00796 JF<br><br>ORDER[1] RE MOTIONS FILED ON MAY 2 AND 24, 2006 |

On February 6, 2006 Plaintiffs Richard Dale Hagedorn and Linda Lee Hagedorn filed a complaint against Defendants Judge Marta Diaz, San Mateo County, Human Services Agency / Children & Family Services, Stanford University Hospital & Clinics, and San Mateo County Board of Supervisors.  On May 2, 2006, Plaintiffs filed a "Motion for a Default Disqualification Judgment" against Defendant Judge Marta Diaz, and five motions for "Default Judgment and Claim" against various Defendants.  On May 24, 2006, Plaintiffs filed a document entitled "Motions to Dismiss" against all Defendants.

The docket shows that Plaintiffs have not served Defendants with a summons and copy of

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 06-00796 JF
ORDER RE MOTIONS FILED ON MAY 2 AND 24, 2006
(JFLC1)

1  the complaint, as is required by Federal Rule of Civil Procedure 4(c).  If Plaintiffs do not serve
2  Defendants within 120 days after the filing of the complaint, the Court may dismiss this action.
3  Fed. R. Civ. P. 4(m).  Plaintiffs also have not served any of the motions or other documents filed
4  with the Court on any of the Defendants, as is required by Federal Rule of Civil Procedure 5.
5  Moreover, and more significantly, the Court has neither the jurisdiction nor the statutory
6  authority to grant much, if not all, of the relief requested by Plaintiffs.  Accordingly, the Court
7  will DENY the motions filed on May 2 and 24, 2006, without prejudice.
8          IT IS SO ORDERED.

10  DATED:  May 26, 2006

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge

2

Case No. C 06-00796 JF
ORDER RE MOTIONS FILED ON MAY 2 AND 24, 2006
(JFLC1)

1  This Order has been served upon the following persons:

2  Linda Lee Hagedorn & Richard Dale Hagedorn
   650 Castro Street #120-467
3  Mountain View, CA 94041

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 06-00796 JF
ORDER RE MOTIONS FILED ON MAY 2 AND 24, 2006
(JFLC1)